IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA M. DIXON, | ) | 8:13CV111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| V. | ) | |
| | ) | |
| BRIAN LEE VERHEY, | ) | |
| an individual, and JOHNSON | ) | |
| FEED INC., a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Thomas DeLay's Motion for Leave to Withdraw as Counsel for Plaintiff (filing 7). Upon the representation that Plaintiff will remain represented in this case, the Motion to Withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion for Leave to Withdraw as Counsel for Plaintiff (filing 7) is granted.

2. The Clerk of Court shall terminate Thomas DeLay's appearance as counsel for Plaintiff and shall terminate future notices to Mr. DeLay in this action.

**DATED May 22, 2013.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge