IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA M. DIXON,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN LEE VERHEY, an individual, and JOHNSON FEED, INC., a corporation;<br><br>        Defendants. | **8:13CV111**<br><br>**ORDER** |

This matter is before the court on the parties' objections to the trial deposition of Dr. Joel Cotton. The court finds the hearsay objection to page 34, lines 11-22; the hearsay objection to page 35, lines 2-7; and the foundation objection to page 47, line 24 to page 48, line 5, should be overruled.

SO ORDERED.

Dated this 17th day of July, 2014.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  United States District Judge