IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA M. DIXON, | ) | Case No. 8:13-cv-00111 |
| Plaintiff, | ) | |
| v. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| BRIAN LEE VERHEY, an individual, and JOHNSON FEED, INC., a Corporation, | ) | |
| Defendants. | ) | |

COME NOW the parties hereto and advise the Court that the foregoing lawsuit has been settled and therefore jointly request that the same be dismissed with prejudice, each party to pay its own costs, complete record waived.

LINDA M. DIXON, Plaintiff

*/s/ Kathryn J. Derr*
Kathryn J. Derr, #19275
BERKSHIRE & BURMEISTER
1301 South 75th Street, Suite 100
Omaha, NE 68124
(402) 827-7000

And

*/s/ Jason S. Doele*
Jason S. Doele, #23034
Stratton, DeLay, Doele, Carlson
& Buettner, P.C., L.L.O.
200 West Benjamin Avenue
P.O. Box 888
Norfolk, NE 68702
(402) 371-3100
ATTORNEYS FOR PLAINTIFF

BRIAN LEE VERHEY and
JOHNSON FEED, INC., Defendants

*/s/ David C. Mullin*
David C. Mullin, #21985
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
(402) 341-6000
ATTORNEYS FOR DEFENDANTS

1185921 v1