IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA M. DIXON, | ) | Case No. 8:13-cv-00111 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER OF DISMISSAL WITH PREJUDICE |
| BRIAN LEE VERHEY, an individual, and JOHNSON FEED, INC., a Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

THIS matter having come before the Court on the Stipulation For Dismissal of the parties, and the Court, being fully advised in the premises,

ORDERS, ADJUDGES, AND DECREES that the Complaint filed by the Plaintiff be, and hereby is, dismissed with prejudice, each party to pay its own costs, complete record waived by the Court.

Dated: August 22, 2014

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

PREPARED AND SUBMITTED BY:

David C. Mullin, #21985
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102-2663
(402) 341-6000
ATTORNEY FOR DEFENDANTS

1195656 v1